# EXHIBIT 3

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF RICHLAND | IN THE COURT OF COMMOM PLEAS |

Perry Gene Shivley,
        Plaintiff,

v.

Wal-Mart Stores, Inc.,
        Defendant.

CASE NO.: 2011-CP-32-01400

## AFFIDAVIT OF JOWANA BUMPERS

PERSONALLY APPEARED BEFORE ME, Jowana Bumpers, who, upon begin duly sworn, declares as follows:

1. My name is Jowana Bumpers. I am over 21 years of age, and the statements made herein are true and accurate and are made upon my personal knowledge.

2. I presently serve as the Store Manager for Wal-Mart Store # 1286 located in Columbia, South Carolina.

3. Wal-Mart Stores, Inc., is a Delaware corporation with its principal place of business in Bentonville, Arkansas.

I have read the Affidavit and swear or affirm that it is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this the 6th day of June 2011.

_____
Jowaha Bumpers

SWORN to and subscribed before me
This 6th day of June 2011.

_____
NOTARY PUBLIC
My Commission Expires: 2·25·16

Spartanburg:90282.1

- 2 -